# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: February 23, 2018 | Time: 10:35 - 11:13 = 38 minutes | Judge: MAXINE M. CHESNEY |
|---|---|---|
| Case No.: 17-cv-06599-MMC | Case Name: Carl Ray Harris v. The Barn, et al | |

**Attorney for Plaintiff:** Joseph Elford, Maxwell Eberitzsch
**Attorney for Defendant:** Joseph Diestel

**Deputy Clerk:** Tracy Geiger         **Court Reporter:** Not Reported

## PROCEEDINGS

**Initial Case Management Conference**

REFERRALS:

(X) Case referred to Private Mediation by agreement of the parties, to be held within 120 days.

**PRETRIAL SCHEDULE:**

**Deadline to Amend Pleadings:** April 2, 2018

**Discovery cutoff:** September 17, 2018

**Expert Disclosure:** October 15, 2018

**Expert Rebuttal:** October 26, 2018

**Expert Discovery cutoff:** November 16, 2018

**Further Status Conference:** November 9, 2018 at 10:30 a.m.

**Joint Status Conference Statement due by:** November 2, 2018

**Dispositive Motions to be filed by:** November 30, 2018

**Pretrial Conference:** February 19, 2019 at 3:00 p.m.

**Trial:** March 4, 2019 at 9:00 a.m., for 3 to 5 days, by (X) Jury   ( ) Court

**Order to be prepared by:**
( )   Plaintiff            ( )   Defendant           (X)   Court

**Notes:**